IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| V. | § | CRIMINAL ACTION NO. H-16-509 |
| | § | CIVIL ACTION NOS. H-7-3305 and |
| JAVIER XAVIER PERALES-MARINA, | § | H-18-2029 |
| | § | |
| Defendant-Movant. | § | |

## FINAL JUDGMENT

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Order Adopting Recommendation of the Magistrate Judge, and the Memorandum and Recommendation of the Magistrate Judge signed and filed on September 27, 2018, which Memorandum and Recommendation is adopted as the opinion of this Court, that the Government's Motion for Summary Judgment (Document No. 56) is GRANTED, and Movant Javier Xavier Perales-Marina's § 2255 Motion to Vacate, Set Aside or Correct Sentence (Document Nos. 42 & 51) is DENIED and DISMISSED with prejudice. It is further

ORDERED that a Certificate of Appealability is DENIED.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

SIGNED at Houston, Texas, this 3rd day of December, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE